AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    4:10-cv-701-TLW |
| M. Mark McAdams, R. Dane Freeman ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: Default Judgment is entered in favor of Plaintiff, Securities and Exchange Commission, and against Defendant R. Dane Freeman.  Defendant R. Dane Freeman shall pay a third-tier civil penalty in the amount of One Hundred Twenty Thousand and 00/100 ($120,000.00) Dollars  pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 17t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).

  Judgment is entered in favor of Plaintiff, Securities and Exchange Commission, and against Defendant M. Mark McAdams.  Defendant M. Mark McAdams shall pay a third-tier civil penalty in the amount of One Hundred Twenty Thousand and 00/100 ($120,000.00) Dollars  pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 17t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).

  Defendants M. Mark McAdams and R. Dane Freeman are jointly and severally liable for disgorgement of Three Million Five Hundred Thousand and 00/100  ($3,500,000.00) Dollars, representing moneys gained as a result of the conduct alleged in the Complaint, together with prejudgment interest in the amount of Seven Hundred Eighty Seven Thousand Seven Hundred Ninety Four and 28/100 ($787,794.28) Dollars, for a total of Four Million Two Hundred Eighty Seven Thousand Seven Hundred Ninety Four and 28/100  ($4,287,794.28)Dollars.

  The Commission may enforce this Court's Order for disgorgement and prejudgment interest through collection procedures authorized by law after thirty (30) days following the entry of this judgment. Defendants shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Terry L. Wooten, Chief United States District Judge, who grants Plaintiff's Motions for Judgment.

Date:   March 1, 2013

Larry W. Propes
*CLERK OF COURT*

 s/Debbie Stokes
Deputy Clerk